UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO.: _____

TACTICAL RIFLES, INC.,
   Plaintiff,

and

MARC SOULIE, FRANK GALLI,
And SNIPERS HIDE, LLC.,
   Defendants.
_____/

## COMPLAINT

**COMES NOW** the Plaintiff, TACTICAL RIFLES, INC., by and through the undersigned attorney, who files this Complaint against Defendants, MARC SOULIE, FRANK GALLI, and SNIPERS HIDE, LLC., and states the following:

### PARTIES

1. Plaintiff, TACTICAL RIFLES, INC. was and continues to be a Florida corporation, with its principal place of business located at 4918 Airport Road, Zephyrhills, Florida 33542.

2. The Defendant, MARC SOULIE, is an adult male and a resident of San Jose California.

3. The Defendant, FRANK GALLI, is an adult male and a resident of Colorado and owner of SNIPERS HIDE, LLC.

4. The Defendant, SNIPERS HIDE, LLC., was and continues to be a Colorado corporation, with its principal place of business located at 3205 Fenton Street, Wheat Ridge, Colorado 80212.

## JURISDICTION AND VENUE

5. This Court enjoys subject matter jurisdiction over this action under 28 U.S.C. sec. 1332, as the parties are citizens and/or corporate entities of different states and the amount in controversy exceeds $75,000.00.

## GENERAL ALLEGATIONS

6. MARC SOULIE has posted false information on Snipers Hide, Inc.'s website. He admitted that he has done so in the email attached as <u>Exhibit A</u>.

7. SNIPERS HIDE, LLC. is a Colorado Corporation which runs a web forum where people can comment about rifles.

8. FRANK GALLI is the owner of SNIPERS HIDE, LLC.

9. TACTICAL RIFLES' Snipers Hide account was deleted to prevent it from responding to the outrageous lies made on the forum. Attempts to set up a new acct have been denied by FRANK GALLI.

10. FRANK GALLI also allows companies who provide him free merchandise to maintain multiple screen names for the purpose of slandering any competitor companies like TACTICAL RIFLES, INC. These screen names pretend to be dissatisfied customers of TACTICAL RIFLES, INC. Positive comments are deleted by GALLI and the posters are threatened with expulsion and banning for life if they post anything further about TACTICAL RIFLES, INC. which basically bans free unbiased speech on his forum.

## <u>COUNT I – LIBEL AGAINST MARC SOULIE</u>

11. Plaintiff re-alleges his allegations set forth on paragraphs 1 through 10 as if fully set forth herein.

12. Defendant created and published a false video and then made comments on website Snipers Hide.

13. The postings contain false accusations that are libelous on their face.

14. Defendant acted with reckless disregard and negligence in that he knew the information was false.

15. Plaintiff has been damaged in its business as a result of the false publication.

   **WHEREFORE**, Plaintiff demands judgment in the amount of $75,000.00 plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

## COUNT II - LIBEL AGAINST FRANK GALLI AND SNIPERS HIDE, LLC.

16. Plaintiff re-alleges his allegations set forth on paragraphs 1 through 10 as if fully set forth herein.

17. Defendant created and published a false video and then made comments on website Snipers Hide.

18. The postings contain false accusations that are libelous on their face.

19. Defendant acted with reckless disregard and negligence in that he knew the information was false.

20. Plaintiff has been damaged in its business as a result of the false publication.

   **WHEREFORE**, Plaintiff demands judgment in the amount of $75,000.00 plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

## COUNT III - TORTIOUS INTERFERANCE AGAINST MARC SOULIE

21. Plaintiff re-alleges its allegations set forth on paragraphs 1 through 10 as if fully set forth herein.

22. Defendant created and published a false video and then made comments on website Snipers Hide.

23. Plaintiff is a custom rifle manufacturer.

24. Plaintiff has a business relationship with the community at large as a rifle manufacturer and more particularly a business relationship with individuals who frequent the website Snipers Hide.

25. Defendant is aware of the relationship.

26. Defendant intentionally and unjustifiably interfered with the relationship between Plaintiff and its potential customers.

27. Plaintiff's business has been damaged as a result.

**WHEREFORE,** Plaintiff demands judgment in the amount of $75,000.00 plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

## COUNT IV - TORTIOUS INTERFERANCE AGAINST FRANK GALLI AND SNIPERS HIDE, LLC.

28. Plaintiff re-alleges its allegations set forth on paragraphs 1 through 10 as if fully set forth herein.

29. Defendant created and published a false video and then made comments on website Snipers Hide.

30. Plaintiff is a custom rifle manufacturer.

31. Plaintiff has a business relationship with the community at large as a rifle manufacturer and more particularly a business relationship with individuals who frequent the website Snipers Hide.

32. Defendant is aware of the relationship.

33. Defendant intentionally and unjustifiably interfered with the relationship between Plaintiff and its potential customers.

34. Plaintiff's business has been damaged as a result.

**WHEREFORE,** Plaintiff demands judgment in the amount of $75,000.00 plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

## COUNT V – PERMANENT INJUNCTION AGAINST MARC SOULIE

35. Plaintiff adopts and incorporates paragraph 1 through 10, as if fully repled herein.

36. The Plaintiff will suffer immediate and irreparable injury, loss or damage if Defendant continues to post on You Tube, Sniper's Hide or any other website false information about Tactical Rifles.

37. Plaintiff asks the Court to enjoin Defendant from posting any further false information on any website and to remove all current postings immediately.

**WHEREFORE,** Plaintiff demands judgment in the amount of $75,000.00 plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

## COUNT VI – PERMANENT INJUNCTION AGAINST FRANK GALLI AND SNIPERS HIDE, LLC.

38. Plaintiff adopts and incorporates paragraph 1 through 10, as if fully repled herein.

39. The Plaintiff will suffer immediate and irreparable injury, loss or damage if Defendant continues to post on Sniper's Hide false information about TACTICAL RIFLES, INC.

40. Plaintiff asks the court to enjoin Defendant from posting any further false information on any website and to remove all current postings immediately.

**WHEREFORE**, Plaintiff demands judgment in the amount of $75,000.00 plus any other or further relief this Court deems just and proper, and demands trial of all issues contained herein.

**THE PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY ON ALL ISSUES.**

Respectfully submitted this ___16___ day of January, 2014.

_____
Jennifer A. Englert
Florida Bar Number: 180297
THE ORLANDO LAW GROUP, PL
3855 Avalon Park East Boulevard
Orlando, Florida 32828
Telephone: 407-512-4394
Facsimile: 407-982-7250
E-Mail: JEnglert@theorlandolawgroup.com
Secondary: cneedham@theorlandolawgroup.com
Attorney for the Plaintiff TACTICAL RIFLES, INC.