**From:** Jeff Stevens [mailto:jff_stvns@yahoo.com]
**Sent:** Thursday, August 09, 2012 10:52 PM
**To:** Info Tacticalrifles
**Cc:** jff_stvns@yahoo.com
**Subject:** Fw: Final Estimate

Hi David,

This is Jeff Stevens I had you build me a rifle 4 years ago, you know the one that came with the bent scope base and the stock with all the chips. And when I confronted you on it you told me you build shooters not pretty rifles, yea you know me remember. Well funny as it may be that shitty little short trigger you installed on the rifle the one you could not even get a 90 degree trigger finger on and clear the badger bolt knob had to be replaced, I could not deal with it. So I contacted a local builder a real precision rifle builder to install a timmney trigger and guess what we found while we were inside, the link is below. From what I gather you owe me about $966.56 in a precision rifle you were supposed to supply me in my original purchase. You have 2 days to contact me about the matter and get it resolved and if we can't resolve it I am going to go public with the you tube link and then I am going to post on all the major shooting forums. I am going to start with Snipershide Frank Galli personally watched the video and he could not believe you call that a precision rifle product. Well Mr Rooney I told you what comes around goes around you know the karma thing, it's here. Two Days.


----- Forwarded Message -----
**From:** Marc Soulie <marc@spartanrifles.com>
**To:** jff_stvns@yahoo.com
**Sent:** Thursday, August 9, 2012 10:40 AM
**Subject:** Final Estimate

Hi Jeff,

Here is the final estimate and link to video documentation. Right now this link is private. Let me know if you want it to be made public.

http://youtu.be/3kxNQVgpXu8



1

